| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13     ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Krysta** <br> First name <br><br> **Lynn** <br> Middle name <br><br> **Tremko** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Krysta Lynn Luster** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2988** | |

Debtor 1  **Krysta Lynn Tremko** _____  Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **8647 Canfield Canyon Ave**<br>**Las Vegas, NV 89178**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1  **Krysta Lynn Tremko**                                              Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | Relationship to you |
| District | When | Case number, if known |
| Debtor | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Krysta Lynn Tremko**                                             Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number, Street, City, State & Zip Code

Debtor 1  **Krysta Lynn Tremko** _____  Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Krysta Lynn Tremko                                    Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Krysta Lynn Tremko
_____
**Krysta Lynn Tremko**
Signature of Debtor 1

_____
Signature of Debtor 2

Executed on  July 5, 2022
             MM / DD / YYYY

Executed on  _____
             MM / DD / YYYY

Debtor 1   **Krysta Lynn Tremko**          Case number *(if known)* _____

---

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

                    **/s/ Christine M. Owen, Esq.**            Date     **July 5, 2022**
                    Signature of Attorney for Debtor                        MM / DD / YYYY

                    **Christine M. Owen, Esq.**
                    Printed name

                    **Law Offices of Christine M. Owen**
                    Firm name

                    **4276 Spring Mountain Road #223**
                    **Las Vegas, NV 89102**
                    Number, Street, City, State & ZIP Code

                    Contact phone   **(702)986-0000**          Email address    **bankruptcy@callchristine.com**

                    **9141 NV**
                    Bar number & State

```
Krysta Lynn Tremko
8647 Canfield Canyon Ave
Las Vegas, NV 89178

Christine M. Owen, Esq.
Law Offices of Christine M. Owen
4276 Spring Mountain Road #223
Las Vegas, NV 89102

Aaron Sales & Lease
309 E. Paces Ferry Rd NE
Atlanta, GA 30305

Absolute Dental
2250 S Rancho #205
Las Vegas, NV 89102

Ad Astra Recovery
7330 West 33rd Street North
Suite 118
Wichita, KS 67205

Affirm, Inc.
Acct No AHE8GWLH
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Affirm, Inc.
Acct No PBLLG15H
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Affirm, Inc.
Acct No YD45QH9Q
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Affirm, Inc.
Acct No XXRNR60W
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Affirm, Inc.
Acct No HF1L1DR9
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212
```

Affirm, Inc.
Acct No ZO39VBFN
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Affirm, Inc.
Acct No Q9QJ5NL9
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

Afterpay
Us Services, LLC
222 Kearny St Suite 600
San Francisco, CA 94108

AMERICAN CORDEAUS INTERNATIONAL
2420 SWEET POEM ROAD #150
Buffalo, NY 14228

AMERICAN CORDEAUS INTERNATIONAL
2420 SWEET POEM ROAD #150
Buffalo, NY 14228

American First Finance
Acct No 1000342631800002
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356

AT& T
208 S. AKARD ST
Dallas, TX 75202

BRIGIT
838 Avenue of Americas Fl 6
New York, NY 10010

Capital One
Acct No 5178058037866723
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
Acct No 5178057619291623
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
PO BOX 30253
Salt Lake City, UT 84130

Capital One 401K C/O Fidelity Investment
245 Summer Street
Boston, MA 02215

Capital One Auto Finance
Acct No 62063596501581001
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

Capital One/Walmart
Acct No 6032200070076398
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

CASH 1 LLC
Acct No 22C013254
1149 DESERT INN ROAD
Las Vegas, NV 89109

CFNA/Credit First Natl Assoc
Acct No 764087798
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

Check City
P.O. Box 35227
Las Vegas, NV 89133

Check Systems Inc
7805 Hudson Road #100
Saint Paul, MN 55125

Citibank
Acct No 5424181462062006
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

Citibank/Best Buy
Acct No 6035350278371906
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

CITY OF THOMASVILLE
10 SALEM ST
Thomasville, NC 27360

Clark County Collection Service
8860 W. Sunset Rd 100
Las Vegas, NV 89148

```
COMCAST
1701 JOHN F KENNEDY BLVD
Philadelphia, PA 19103

Comenity Bank/Overstock
Acct No 7788401072225926
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Acct No 5391761356055825
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Capital
Acct No 5442671007002333
Attn: Bankruptcy
Po Box 18125
Columbus, OH 43218

Comenity/MPRC
Acct No 5780971141439585
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Costco Citi Card
Acct No 4100390155553726
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117

Cox Communication
PO Box 79175
Phoenix, AZ 85062

Credit One Bank
Acct No 4447962702742465
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Cws/cw Nexus
Acct No 4120618085072482
Attn: Card Services
Po Box 9201
Old Bethpage, NY 11804

Dave, Inc.
1265 S. Cochran Avenue
Los Angeles, CA 90019
```

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Oasis High School
6600 W Erie Ave
Las Vegas, NV 89141

Dia & Co
175 Varick St FL 7
New York, NY 10014

dISCOVER
PO BOX 3025
New Albany, OH 43054

Discover Financial
Acct No 6011011882786693
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Dollar Loan Center
Acct No 2612149
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2125080
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2075507
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 2031755
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 1991059
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

```
Dollar Loan Center
6122 W Sahara ave
Las Vegas, NV 89146

Duke Energy
550 S Tryon Street
Charlotte, NC 28202

DUKE ENERGY
550 SOUTH TRYON STREET
Charlotte, NC 28202

Envision Physician Services
PO Box 13917
Philadelphia, PA 19101-3917

Fingerhut
Acct No 6369920333404615
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

FIRST PREMIER
Acct No 5433628946378571
3820 N LOUISE AVE
Sioux Falls, SD 57107

First Premier Bank
Acct No 5178006718258215
3820 N Louise Ave
Sioux Falls, SD 57107

First Source
205 Bryant Woods South
Buffalo, NY 14228

FLEXSHOPPER
2700 N MILITARY TRL
Boca Raton, FL 33431

Fortiva
Acct No 5427840055339041
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Genesis FS Card
Acct No 5322110063110008
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076
```

Genesis FS Card Services
Acct No 5498060060077700
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

HSN Flex Pay
1 HSN Drive
Saint Petersburg, FL 33729

IRS
PO BOX 7346
Philadelphia, PA 19101

Klarna
821 Broadway
New York, NY 10030

Klover Holdings, Inc.
57 W. Grand Avenue, Suite 500
Chicago, IL 60654

Mason Easy Pay
PO Box 2808 Monroe
Monroe, WI 53566

Masseys
Po Box 2822
Monroe, WI 53566

Mechanics Bank
Acct No 50100166484701001
Attn: Legal Dept
Po Box 5610
Hercules, CA 94547

Midnight Velvet
Acct No 763049914290
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566

Money Tree
Po Box 58363
Seattle, WA 98138

Nadine West
512 W Martin Luther King Jr Blvd Ste 350
Austin, TX 78701

Nelnet
Acct No 139465799
Attn: Bankruptcy Claims
Po Box 82505
Lincoln, NE 68501

```
Nelnet
Acct No 139465699
Attn: Bankruptcy Claims
Po Box 82505
Lincoln, NE 68501

Nevada Dept of Taxation, Bankruptcy
555 E Washington Ave,#1300
Las Vegas, NV 89101

Perpay Inc
2400 Market St Ste 300
Philadelphia, PA 19103

Plain Green Loans
93 Mack Road #600
Box Elder, MT 59521

Progressive Leasing
256 West Data Dr
Draper, UT 84020

PUD #1 of Clallam County
104 Hooker Rd
Sequim, WA 98382

PUD #1 OF CLALLAM COUNTY
104 HOOKER RD
Sequim, WA 98382

Rapid Cash
1175 E. Charleston
Las Vegas, NV 89104

Rapid Cash Customer Relations
PO BOX 780408
Wichita, KS 67278-0408

REVVI
Acct No 4264980002370266
Attn: Bankruptcy
Po Box 85800
Sioux Falls, SD 57118

Sean Hillin, Esq
Acct No 22C013254
1800 E. Sahara Ave #102
Las Vegas, NV 89117

Sezzle
attn Legal Dept
Po Box 24218
Minneapolis, MN 55424
```

```
SMALL BUSINESS ADMINISTRATION
PO BOX 3918
Portland, OR 97208

SNOHOMISH COUNTY PUD
2320 CALIFORNIA ST
Everett, WA 98201

Stitch fix
One Montgomery street  STE #1500
San Francisco, CA 94104

Stoneberry
1356 Williams Street
Chippewa Falls, WI 54729

SYNCB/ WALMART
Acct No 6032203701654724
PO BOX 965024
Orlando, FL 32896

Syncb/ccdstr
Acct No 6501590052345841
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Acct No 6045781085260304
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Acct No 6019183628556284
Attn:  Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Gap
Acct No 521853101807
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Acct No 5218531027391722
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
```

```
Synchrony Bank/JCPenney
Acct No 6008894694911886
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Acct No 7981924293135810
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Acct No 7981926340891386
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Acct No 6044192143344133
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/Polaris Consumer
Acct No 1500010002273342
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

target card services
3901 West 53rd st
Sioux Falls, SD 57106

target card services
3901 West 53rd st
Sioux Falls, SD 57106

UNIVERSITY OF PHOENIX
4035 S. RIVERPOINT PARKWAY
Phoenix, AZ 85040

Us Bank
Acct No 516259777
Attn: Bankruptcy
P.O. Box 5229
Cincinnati, OH 45201

Us Bank
Acct No 515859867
Attn: Bankruptcy
P.O. Box 5229
Cincinnati, OH 45201
```

```
Us Bank
Acct No 517295370
Attn: Bankruptcy
P.O. Box 5229
Cincinnati, OH 45201

US Bank
Po box 1800
Saint Paul, MN 55101

US Bank/RMS
Acct No 4037840100677796
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

US Bank/RMS
Acct No 4037840080555988
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Verizon
PO BOX 660108
Dallas, TX 75266-0108

Z Funds
PO BOX 489
Newark, NJ 07101

Zip Co Quadpay
228 Park Ave. S PMB 59872
New York, NY 10003
```